UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

    v.                                                    Case No. 22-cv-71-SE-AJ

Dana Hoyt, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 5, 2024. For the reasons explained therein, Claims 1(c), 2-3, 4(c), and 5(c) are dismissed; the State of New Hampshire is dismissed as party defendant; all claims for damages asserted against the state or against any defendant in his or her official capacity are dismissed; and all individual capacity damages claims brought under RLUIPA are dismissed.

So ordered.

_____
Samantha D. Elliott
United States District Judge

Date: September 3, 2024

cc:   Richard A. Waite, pro so
       Counsel of Record