UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

    v.                                     Case No. 22-cv-71-SE-AJ

Dana Hoyt, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2026. For the reasons explained therein, Waite's motion for emergency relief (Doc. No. 71) is denied without prejudice.

_____
Samantha D. Elliott
Chief Judge

Date: June 5, 2026

cc:   Richard A. Waite, pro se
       Counsel of Record