UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

  v.                                                                    Case No. 22-cv-71-SE-AJ

Dana Hoyt, et al

ORDER

After due consideration of the objection filed (doc. no. 114), I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 19, 2026

(doc. no. 110). For the reasons explained therein, Waite's motion to add a new count or claim

(doc. no. 92) is denied.

_____
Samantha D. Elliott
Chief Judge

Date: August 4, 2026

cc:    Richard A. Waite, pro se
       Counsel of Record